**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1794**

_____

ALLSTATE INSURANCE COMPANY,

                                 Plaintiff - Appellee,

    versus

NANCY MARIE HELDRETH,

                                 Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Chief District Judge. (CA-99-162-1)

_____

Submitted:  September 11, 2003     Decided:  September 17, 2003

_____

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Nancy Marie Heldreth, Appellant Pro Se. Ellen R. Archibald, KESNER, KESNER & BRAMBLE, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nancy Marie Heldreth appeals the district court's order granting summary judgment to Allstate Insurance Company in this civil action. Allstate was awarded judgment against Heldreth for recovery of insurance proceeds paid to Heldreth's mortgage holder. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Allstate Ins. Co. v. Heldreth, No. CA-99-162-1 (N.D.W. Va. May 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED